# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE E. WITMER, | No. 4:19-CV-00565 |
| Plaintiff, | (Judge Brann) |
| v. | |
| POST 245, INC. | |
| Defendant. | |

## ORDER

**AND NOW**, this 25th day of June 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment, Doc. 17, is **DENIED**. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge